**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7634**

OPHELIA AZRIEL DE'LONTA,

                Plaintiff - Appellant,

      v.

HAROLD CLARKE, Director, VADOC; G. K. WASHINGTON, Regional
Admin; LARRY EDMONDS, Warden, BKCC; MAJOR C. DAVIS, Chief of
Security; DAVIS, Institutional Investigator; AGENT WATSON,
Internal Affairs Unit; LISA LANG, Staff Psychologist; SARAH
PRUITT, Correctional Officer,

                Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior
District Judge. (7:11-cv-00483-JCT-RSB)

Submitted: December 20, 2012      Decided: December 27, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ophelia Azriel De'Lonta, Appellant Pro Se.  John Michael Parsons
Assistant Attorney General, Richmond, Virginia; Antonio Pierre
Jackson, LAW OFFICE OF A. PIERRE JACKSON, P.C., Hampden-Sydney,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ophelia Azriel De'Lonta seeks to appeal the district court's order dismissing all but one Defendant, Sarah Pruitt, in De'Lonta's 42 U.S.C. § 1983 (2006) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order De'Lonta seeks to appeal is neither a final order nor an appealable interlocutory or collateral order, as it disposes of fewer than all the parties involved in this lawsuit. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED